Dismissed and Memorandum Opinion filed September 25, 2003









Dismissed and Memorandum Opinion filed September 25,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-01-01262-CV

____________

 

JOANNA PAVLOVA LENTS, Appellant

 

V.

 

ANN LENTS, MURPHY LENTS, and JOHN MONROE LENTS,
Appellees

 



 

On Appeal from the Probate Court No.
2

Harris County, Texas

Trial Court Cause No. 322,342-403

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 6, 2001.

On September 19, 2003, the parties filed an agreed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 25, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.